JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>            Plaintiff,<br><br>v.<br><br>ENCINO FRANCHISE, Inc., a California Corporation; and DOES 1-10,<br><br>            Defendant. | Case No.: 2:20-cv-07880-AB (JEMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **ninety (90) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  July 6, 2022      _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.